Ahren A. Tiller, Esq. [SBN 250608]
BLC LAW CENTER, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Telephone No. (619) 894-8831
Facsimile No. (866) 444-7026

Attorneys for Plaintiff ERIC H. WINSTON, individually,
and doing business as E.H. WINSTON & ASSOCIATES



FILED & ENTERED

MAY 06 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DENNIS E. GABRICK,<br><br>    Debtor.<br><br>ERIC H. WINSTON, individually,<br>and doing business as E.H. WINSTON &<br>ASSOCIATES,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS E. GABRICK, an individual;<br><br>    Defendant. | Bankruptcy Case No.: 8:13-bk-13606-ES<br><br>Adv. Case No.: 8:13-ap-01259-ES<br><br>Chapter 7<br><br>**SCHEDULING ORDER**<br><br>PRETRIAL CONFERENCE:<br>DATE: 11/20/14<br>TIME: 9:30 A.M.<br>CTRM 5A |

    Based upon the non-opposition to this court's tentative ruling issued for the May 1, 2014 at 9:30 a.m. Continued Status Conference, and agreement to the content of said ruling by all Parties:

///

///

///

///

IT IS ORDERED:

1. The Discovery Cut-off date for these proceedings is August 31, 2014;

2. The Deadline to Attend Mandatory Mediation is October 17, 2014;

3. The Pretrial Conference Date is scheduled for November 20, 2014 at 9:30 a.m; and

4. The Deadline to Lodge the Joint Pre-trial Stipulation is November 6, 2014.

###

Date: May 6, 2014

Erithe Smith
United States Bankruptcy Judge