Robert P. Goe (State Bar No. 137019)
Marc C. Forsythe (State Bar No. 153854)
Elizabeth A. LaRocque (State Bar No. 219977)
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
Telephone:     (949) 798-2460
Facsimile:     (949) 955-9437
E-mail:     rgoe@goeforlaw.com
             mforsythe@goeforlaw.com
             elarocque@goeforlaw.com

Attorneys for Dennis E. Gabrick, Defendant

FILED & ENTERED

JUL 03 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# (SANTA ANA DIVISION)

| | |
|---|---|
| In re<br><br>DENNIS E. GABRICK,<br><br>    Debtor.<br><br>———————————————<br><br>ERIC H. WINSTON, individually, and doing business as E.H. WINSTON & ASSOCIATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>DENNIS E. GABRICK, an individual,<br><br>    Defendant. | Case No. 8:13-bk-13606-ES<br><br>Chapter 7<br><br>Adv. Case No. 8:13-ap-01259-ES<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND EXTEND DISCOVERY CUT-OFF AND MANDATORY MEDIATION DEADLINE**<br><br>Old Pre-trial Date:<br>Date:         November 20, 2014<br>Time:         9:30 a.m.<br>Courtroom:    5A<br><br>New Pre-trial Date:<br>Date:         February 15, 2015<br>Time:         9:30 a.m.<br>Courtroom:    5A |

   Based on the Stipulation to Continue Pre-Trial Conference and extend Discovery

Cut-Off and Mandatory Mediation deadline filed with this Court on July 2, 2014 as Docket No.51

between Defendant DENNIS E. GABRICK ("Defendant"), on one hand, and ERIC H.

WINSTON, individually, and doing business as E.H. WINSTON & ASSOCIATES ("Plaintiff")(collectively, the "Parties"), on the other hand, and good cause appearing therefor,

**IT IS HEREBY ODERED THAT:**

1. The pre-trial conference currently set for November 20, 2014, at 9:30 a.m. in Courtroom 5A, is continued to February 19, 2015 at 9:30 a.m.;

2. The discovery cut-off date, currently set for August 31, 2014, is continued until November 30, 2014; and

3. The mandatory mediation deadline, currently set for October 17, 2014, is continued to January 16, 2015.

###

Date: July 3, 2014

Erithe Smith
United States Bankruptcy Judge

GOE & FORSYTHE LLP
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612

- 2 -