1 | Robert P. Goe (State Bar No. 137019)
Elizabeth A. LaRocque (State Bar No. 219977)
2 | **GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
3 | Irvine, CA 92612
Telephone:    (949) 798-2460
4 | Facsimile:    (949) 955-9437
E-mail:    rgoe@goeforlaw.com
5 |            elarocque@goeforlaw.com

6 | Attorneys for Dennis E. Gabrick, Defendant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:13-bk-13606-ES |
| DENNIS E. GABRICK, | Chapter 7 |
| Debtor. | Adv. Case No. 8:13-ap-01259-ES |
| | **ERRATA TO ORDER APPROVING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND EXTEND DISCOVERY CUT-OFF AND MANDATORY MEDIATION DEADLINE** |
| ERIC H. WINSTON, individually, and doing business as E.H. WINSTON & ASSOCIATES, | |
| Plaintiff, | |
| vs. | **Correct New Pre-trial Date:** |
| DENNIS E. GABRICK, an individual, | **Date:    February 19, 2015**
**Time:    9:30 a.m.**
**Courtroom:    5A** |
| Defendant. | **411 West Fourth Street**
**Santa Ana, CA 92701** |

**PLEASE TAKE NOTICE** that the Order Approving Stipulation to Continue Pre-Trial Conference and Extend Discovery Cut-Off and Mandatory Mediation Deadline entered on the Court's docket on July 3, 2014 as Docket Entry No. 53 contained a typographical error as to the date of the Pre-Trial Conference. The correct date of the continued Pre-Trial Conference is **February 19, 2015** at **9:30 a.m.** in **Courtroom 5A.**

Dated: July 11, 2014                    Respectfully submitted:

                                        **GOE & FORSYTHE, LLP**
                                        By: /s/Robert P. Goe
                                            Robert P. Goe
                                            Counsel to Defendant Dennis E. Gabrick

**GOE & FORSYTHE LLP**
18101 Von Karman Avenue
Suite 510
Irvine, CA 92612

- 1 -

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ERRATA TO ORDER APPROVING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND EXTEND DISCOVERY CUT-OFF AND MANDATORY MEDIATION DEADLINE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 11, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- Ahren A Tiller    ahren.tiller@blc-sd.com, brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 11, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 11, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2014 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |