Ahren A. Tiller, Esq. [SBN 250608]
Scott N. Orono, Esq. [SBN 129594]
Carolina K. Tiller, Esq. [SBN 262604]
BLC LAW CENTER, APC
1230 Columbia St., Suite 1100
San Diego, CA 92101
Telephone No. (619) 894-8831
Facsimile No. (866) 444-7026

Attorneys for Plaintiff ERIC H. WINSTON, individually,
and doing business as E.H. WINSTON & ASSOCIATES

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No.: 8:13-bk-13606-ES |
| DENNIS E. GABRICK, | Adv. Case No.: 8:13-ap-01259-ES |
| Debtor. | |
| ERIC H. WINSTON, individually, and doing business as E.H. WINSTON & ASSOCIATES, | **NOTICE OF CONTINUED PRE-TRIAL CONFERENCE** |
| Plaintiff, | **Date: March 5, 2015**<br>**Time: 9:30 a.m.**<br>**Ctrm: 5A** |
| v. | |
| DENNIS E. GABRICK, an individual; | |
| Defendant. | |

TO THE COURT, THE DEFENDANT, AND ALL INTERESTED PARTIES HEREIN,

PLEASE TAKE NOTICE: That at the request of the Court Calendaring Clerk, the scheduled Pre-Trial Conference set for February 19, 2015 at 9:30 a.m., in Courtroom 5A, has been continued. A new Pre-Trial Conference will be held on March 5, 2015 at 9:30 a.m., in Courtroom 5A, of the above entitled court, located at 411 West Fourth Street, Santa Ana, CA 92701

Dated: November 7, 2014        /s/ Ahren A. Tiller
                                                  Ahren A. Tiller, Esq.
                                                  Attorney for Plaintiff Eric H. Winston